IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                            CASE NO.: 4:01cr27-SPM

FELICIA WIGGINS FLEMMING,

      Defendant.
_____/

## ORDER DENYING MOTION FOR EARLY TERMINATION

      This cause comes before the Court on Defendant Felicia Wiggins Flemming's motion for early termination of supervised release (doc. 25).  The Court finds that it would not be in the interests of justice to terminate Defendant's supervised release given the seriousness of the offense of conviction and the leniency that has already been extended.  Accordingly, it is

      ORDERED AND ADJUDGED that the motion for early termination of supervised release (doc. 25) is denied.

      DONE AND ORDERED this 3rd day of February, 2006.

                    *s/ Stephan P. Mickle*
                    Stephan P. Mickle
                    United States District Judge